UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Conservation Law Foundation, Inc.,<br><br>                      Plaintiff,<br>v.<br><br>Longwood Venues & Destinations, Inc., et al.,<br><br>                      Defendants. | Case No. 1:18-cv-11821-WGY |

**NOTICE OF APPEAL**

Notice is hereby given that Conservation Law Foundation, Inc., the Plaintiff in the abovenamed matter, hereby appeals to the United States Court of Appeals For the First Circuit from the final judgment entered in this action on November 26, 2019.

Dated: December 20, 2019

Respectfully submitted,

CONSERVATION LAW FOUNDATION, INC.,

By its attorney:

*/s/ Ian D. Coghill*
Heather A. Govern, Esq., BBO# 688482
Ian D. Coghill, Esq., BBO# 685754
Conservation Law Foundation
62 Summer St.
Boston, MA 02110
(617) 850-1765
(617) 850-1739
hgovern@clf.org
icoghill@clf.org

Christopher M. Kilian, Esq.
*Admitted Pro Hac Vice*
Conservation Law Foundation
15 East State Street, Suite 4

Montpelier, VT 05602  
(802) 223-5992 x4015  
ckilian@clf.org

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Ian D. Coghill*
Ian D. Coghill