# United States Court of Appeals
## For the First Circuit

No. 20-1024

CONSERVATION LAW FOUNDATION, INC.,

Plaintiff - Appellant,

v.

LONGWOOD VENUES & DESTINATIONS, INC.; WYCHMERE HARBOR REAL ESTATE, LLC; WYCHMERE SHORES CONDOMINIUM TRUST; JEFFREY M. FEUERMAN; JOSEPH F. MCKENNEY; BARRY J. GOLDY; BEACH CLUB MANAGEMENT, LLC; HARBOR CLUB MANAGEMENT, LLC; ATLAS INVESTMENT GROUP, LLC; WYCHMERE HOLDINGS CORP.,

Defendants - Appellees,

WYCHMERE BEACH CLUB,

Defendant.

Before

Torruella, Lynch and Thompson,
Circuit Judges.

**JUDGMENT**

Entered: October 14, 2020

In light of the joint motion for summary disposition, the November 2019 Judgment of the district court is vacated and the matter is remanded for further proceedings consistent with County of Maui v. Hawai'i Wildlife Fund, 140 S. Ct. 1462 (Apr. 23, 2020). The parties are free to apply to the district court for any additional relief.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. William G. Young
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Andrew N. Nathanson
Christopher Michael Kilian
Jeffrey R. Porter
Emily Kanstroom Musgrave
Ian David Coghill
Heather A. Govern
Matthew Robert Wisnieff