# United States Court of Appeals
## For the First Circuit

No. 20-1024

CONSERVATION LAW FOUNDATION, INC.

Plaintiff - Appellant

v.

LONGWOOD VENUES & DESTINATIONS, INC.; WYCHMERE HARBOR REAL ESTATE, LLC; WYCHMERE SHORES CONDOMINIUM TRUST; JEFFREY M. FEUERMAN; JOSEPH F. MCKENNEY; BARRY J. GOLDY; BEACH CLUB MANAGEMENT, LLC; HARBOR CLUB MANAGEMENT, LLC; ATLAS INVESTMENT GROUP, LLC; WYCHMERE HOLDINGS CORP.

Defendants - Appellees

WYCHMERE BEACH CLUB

Defendant

**MANDATE**

Entered: November 4, 2020

In accordance with the judgment of October 14, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ian David Coghill
Heather A. Govern
Christopher Michael Kilian
Emily Kanstroom Musgrave
Andrew N. Nathanson
Jeffrey R. Porter
Matthew Robert Wisnieff